**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Gerardo Barrientos v. The State of Texas

Appellate case number:    01-18-00626-CR

Trial court case number:    1548730

Trial court:    248th District Court of Harris County

   Appellant, Gerardo Barrientos, has filed a letter with this Court, which we construe as a motion requesting certain police reports. The record on appeal consists of the clerk's record and, if necessary to the appeal, the reporter's record. TEX. R. APP. P. 34.1. The reporter's record consists of, among other things, any of the exhibits in the proceeding. TEX. R. APP. P. 34.6(a)(1). An appellate court is generally limited to reviewing only the evidence that was before the trial court. *See Amador v. State*, 221 S.W.3d 666, 676–77 (Tex. Crim. App. 2007); *see also* TEX. R. APP. P. 34.6(d), (e). Our review of the record indicates that no police report was before the trial court. Accordingly, we **deny** appellant's motion.

   It is so ORDERED.


Judge's signature:    ___/s/  Julie Countiss_____

          ☑ Acting individually  ☐ Acting for the Court


Date: ___January 28, 2020_____